**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CAROL PASELK, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 4:13cv262 |
| | § | (Judge Clark/Judge Mazzant) |
| BAYVIEW LOAN SERVICING, LLC, | § § | |
| *Defendant.* | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 16, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Dismiss Plaintiff Carol Paselk's Amended Complaint [Doc. #41] be denied. Defendant filed objections on July 25, 2014 [Doc. #52].

The court, having made a *de novo* review of the objections raised by Defendant [Doc. #52], is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

It is, therefore, **ORDERED** that Defendant's Motion to Dismiss Plaintiff Carol Paselk's Amended Complaint [Doc. #41] is **DENIED.**

So **ORDERED** and **SIGNED** this **22** day of **August, 2014.**

_____
Ron Clark, United States District Judge